# COMPLAINT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Bennie Green

v.

Case Number:

(Full name of defendant(s))

_____
(to be supplied by Clerk of Court)

Christopher Powers, Arndt Davis
Brian Greff, Cory O'Donnell
Brad Hompe, James Boree
Jason Benzel, Daisy Chase

A.   PARTIES

1.   Plaintiff is a citizen of _____Wisconsin_____ and resides at
(State)

Dodge Correctional Institution
po Box 700 Waupun, WI 59963
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _____Christopher Powers_____
(Name)

(Attached)

3. Defendant Arndt Davis is a citizen of Wisconsin, and worked for Dodge Correctional Institution, P.O. Box 700, Waupun, Wisconsin 53963.

4. Defendant Cory O'Donnell is a citizen of Wisconsin, and worked for Office of the secretary, P.O. Box 7925, Madison, Wisconsin 53707.

5. Defendant Brian Greff is a citizen of Wisconsin, and worked for Dodge Correctional Institution, P.O. Box 700, Waupun, Wisconsin, 53963.

6. Defendant Brad Hompe is a citizen of Wisconsin, and worked for Dodge Correctional Institution, P.O. Box 700, Waupun, Wisconsin 53963.

7. Defendant James Boven is a citizen of Wisconsin, and worked for Dodge Correctional Institution, P.O. Box 700, Waupun, Wisconsin 53963.

(Continues)

8. Defendant Jason Benzel is a citizen of Wisconsin, and worked for Dodge Correctional Institution, P.O. Box 700, Waupun, Wisconsin 53963.

9. Defendant Daisy Chase is a citizen of Wisconsin, and worked for Dodge Correctional Institution, P.O. Box 700, Waupun, Wisconsin 53963.

is (if a person or private corporation) a citizen of _____Wisconsin_____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Dodge Correctional Institution_
_Po Box 700 Waupun, WI 53963_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

The plaintiff is an inmate at the Dodge Correctional Institution in Waupun, Wisconsin. On January 3, 2021 Green was working on housing unit 21 as an inmate-worker and assisting in morning showers. During this period Green was physically attacked by another inmate with a deadly weapon. Green was struck, from his blindside, multiple times with a blunt metal object. The plaintiff, under great trauma and adrenaline, faught off his attacker.

Green was taken to medical and treated for his injuries, and photos of his wounds were collected. Subsequently, Green was taken to Segregation and charged with assult and disruptive conduct. Defendant Christopher Powers failed to rationalize the fact that Green was operating purely in self-defense. Defendant Arndt Davis should have dismissed the disciplinary Conduct report against Green, releasing him from segregation. Defendant Brian Greff affirmed Arndt's decision to convict Green. And at no point during his appeal process did any of the defendants Cory O'Donnell, Brad Hompe, James Bouer, Jason Benzel, or Daisy Chase provide relief to the plaintiffs' grievances. Had Green not defended himself, he would have easily been struck in the head by this weapon. Green suffers from Post Traumatic Stress Disorder (clinically documented). Green served twenty one (21) days in punitive Segregation on 24 hour lock-down.

## C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Green seeks financial compensation from the defendants for his physical injuries. Green also seeks monetary damages for embarrassment, humiliation, mental distress, and pain and suffering caused by cruel and unusual punishment for twenty-one (21) days solitary confinement as arbitrary and capricious punishment.

E.    JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _12 Th_ day of _April_ 20_21_.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_Dodge  Correctional  Institution_
_P.O. Box  700 , Waupun , Wisconsin  53963_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee.
I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5